1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11   TIWON GODFREY MCGHEE,           )   NO.  EDCV 20-0116-JWH (AGR)
12                 Plaintiff,        )
                                     )   ORDER ACCEPTING FINDINGS AND
13        v.                         )   RECOMMENDATIONS OF UNITED
                                     )   STATES MAGISTRATE JUDGE
14   MARCOS ACOSTA et al.,           )
                                     )
15                 Defendants.       )
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), Plaintiff's Objections and Supplemental Objections, and Defendants' Response to Plaintiff's Objections.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Report.

In his objections, Plaintiff again challenges the validity of his criminal conviction, sentence and proceedings.  Plaintiff complains that the Superior Court judge and prosecutor did not "look more" into giving him mental health pretrial diversion under Cal. Penal Code § 1001.36.  Plaintiff complains that his jury was comprised of jurors who were either Hispanic or White, but not Black or Asian.  Plaintiff repeats that Defendants committed perjury on the stand in his criminal trial.  The objections attach various documents from Plaintiff's criminal proceedings and criminal appeal. (Dkt. No. 57.)  Plaintiff's supplemental objections attach additional pages from his criminal appeal. (Dkt. No. 59.)

The Report explains that Plaintiff cannot state a claim for relief based on perjury by witnesses at his criminal trial and cannot use a civil rights claim to challenge the validity of his criminal conviction or sentence under *Heck v. Humphrey*, 512 U.S. 477 (1994). (*See* Report at 6-7.)  Plaintiff remains unable to cure the deficiencies in his complaint despite being given multiple opportunities to do so.

It is **ORDERED** that Defendants' motion to dismiss Plaintiff's Second Amended Complaint is **GRANTED** and the Second Amended Complaint is **DISMISSED without leave to amend**.

/ / /
/ / /
/ / /
/ / /
/ / /

It is further **ORDERED** that judgment be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: March 14, 2022

_____
JOHN W. HOLCOMB
United States District Judge