JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TIWON GODFREY MCGHEE, | ) | NO.  EDCV 20-116-JWH (AGR) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MARCOS ACOSTA et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Second Amended Complaint is **DISMISSED without leave to amend** and judgment is entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

DATED: March 14, 2022

_____
JOHN W. HOLCOMB
United States District Judge